| | |
|---|---|
| 1 | DIANA G. DICKINSON, ESQ., Bar No. 13477 |
| 2 | LITTLER MENDELSON, P.C.<br>3960 Howard Hughes Parkway |
| 3 | Suite 300<br>Las Vegas, NV  89169-5937 |
| 4 | Telephone:     702.862.8800<br>Fax No.:          702.862.8811 |
| 5 | Email:            ddickinson@littler.com |

Attorney for Defendants
GENERAL INFORMATION SERVICES, LLC and
BACKGROUNDCHECKS.COM

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. LOVE and PAMELA LOVE,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL INFORMATION SERVICES, LLC; BACKGROUNDCHECKS.COM; and LEXISNEXIS RISK SOLUTIONS,<br><br>Defendants. | Case No. 2:20-cv-00734-JAD-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS GENERAL INFORMATION SERVICES, LLC AND BACKGROUNDCHECKS.COM TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Plaintiffs DANIEL E. LOVE and PAMELA LOVE ("Plaintiffs") and Defendants GENERAL INFORMATION SERVICES, LLC and BACKGROUNDCHECKS.COM ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint for twenty-one (21) days from the current deadline of June 17, 2020, up to and including **July 8, 2020**.

Pursuant to the inherent delays caused by the current COVID-19 pandemic, Defense counsel has been unable to conduct a complete investigation.  The requested extension is necessary for additional time to investigate the allegations in the Complaint and prepare a response to the Complaint.

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 12, 2020

Respectfully submitted,

*/s/ Miles N. Clark*
DAVID KRIEGER, ESQ.
KRIEGER LAW GROUP, LLC

MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
KNEPPER & CLARK LLC

Attorneys for Plaintiffs
DANIEL E. LOVE and PAMELA LOVE

Dated: June 12, 2020

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendants
GENERAL INFORMATION SERVICES, LLC and
BACKGROUNDCHECKS.COM

**IT IS SO ORDERED.**

Dated: June 12, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4846-7729-7083.1 103757.1004

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800