Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. LOVE; and PAMELA LOVE,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.; BACKGROUNDCHECKS.COM; and GENERAL INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:20-cv-00734-JAD-VCF<br><br>**STIPULATION OF DISMISSAL OF BACKGROUNDCHECKS.COM LLC AND GENERAL INFORMATION SOLUTIONS LLC, WITH PREJUDICE**<br><br>& ORDER<br><br>ECF No. 23 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendants Backgroundchecks.com LLC and General Information Solutions LLC d/b/a General Information Services (improperly named as "General Information Services, LLC"), from the above captioned action, with prejudice.

//

Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: October 5, 2020.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
| /s/ *Miles N. Clark* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796 | Gary E. Schnitzer, Esq., SBN 395 |
| Miles N. Clark, Esq., SBN 13848 | 8985 S. Eastern Ave., Suite 200 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89123 |
| Las Vegas, NV 89148 | Email: gschnitzer@ksjattorneys.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| | *LexisNexis Risk Solutions Inc.* |
| **KRIEGER LAW GROUP, LLC** | **LITTLER MENDELSON, P.C.** |
| David Krieger, Esq., SBN 9086 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | /s/ *Diana G. Dickinson* |
| Henderson, Nevada 89052 | Diana G. Dickinson, Esq., SBN 13477 |
| Email: dkrieger@kriegerlawgroup.com | 3960 Howard Hughes Parkway, Suite 300 |
| | Las Vegas, NV 89169-5937 |
| *Counsel for Plaintiffs* | Email: ddickinson@littler.com |
| | |
| | *Counsel for Defendant* |
| | *General Information Solutions LLC and* |
| | *Backgroundchecks.com LLC* |

## ORDER GRANTING STIPULATION OF DISMISSAL OF BACKGROUNDCHECKS.COM LLC AND GENERAL INFORMATION SOLUTIONS LLC WITH PREJUDICE

Based on the parties' stipulation **[ECF No. 23]** and good cause appearing, IT IS HEREBY ORDERED that **the claims against Defendants BACKGROUNDCHECKS.COM LLC and GENERAL INFORMATION SERVICES, LLC are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 5, 2020

*Love et al v. LexisNexis Risk Solutions et al*
*Case No. 2:20-cv-00734-JAD-VCF*

4828-1916-2061.1 107811.1001

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2