Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. LOVE; and PAMELA LOVE,<br><br>Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendant. | Case No. 2:20-cv-00734-JAD-VCF<br><br>**JOINT STATUS REPORT**<br><br>Complaint filed:  April 23, 2020 |

Plaintiffs Daniel E. Love and Pamela Love ("Plaintiffs") and Defendant LexisNexis Risk Solutions Inc. ("LNRS") (collectively the "Parties"), by and through their attorneys of record, hereby submit the following status report regarding settlement with LNRS.

1. On October 26, 2020, the Parties reported that a settlement was reached [ECF No. 25].

2. A settlement agreement has been prepared and finalized, but Plaintiffs have encountered a delay with obtaining the Plaintiffs' signatures.

3. The Parties estimate it may take an additional forty-five (45) days to perform their remaining duties under the settlement agreement and file a Stipulation for Dismissal with the Court.

4. Plaintiffs request a deadline extension until **February 11, 2021** to file the stipulation of dismissal of LNRS.

DATED: December 30, 2020.

| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796 | Gary E. Schnitzer, Esq, SBN 395 |
| Miles N. Clark, Esq., SBN 13848 | 8985 S. Eastern Ave., Suite 200 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89123 |
| Las Vegas, NV 89148 | Email: gschnitzer@ksjattorneys.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant LexisNexis Risk Solutions Inc.* |
| **KRIEGER LAW GROUP, LLC** | |
| David Krieger, Esq., SBN 9086 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, Nevada 89052 | |
| Email: dkrieger@kriegerlawgroup.com | |
| *Counsel for Plaintiffs* | |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 12-30-2020

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430