Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. LOVE; and PAMELA LOVE, <br><br> Plaintiff, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS INC., <br><br> Defendant. | Case No. 2:20-cv-00734-JAD-VCF <br><br> **JOINT STATUS REPORT** <br><br> Complaint filed: April 23, 2020 |

Plaintiffs Daniel E. Love and Pamela Love ("Plaintiffs") and Defendant LexisNexis Risk Solutions Inc. ("LNRS") (collectively the "Parties"), by and through their attorneys of record, hereby submit the following status report pursuant to the Court's Order filed on December 30, 2020 [ECF Dkt. 27].

1. On October 26, 2020, the Parties reported that a settlement was reached [ECF No. 25].

2. A settlement agreement has been prepared and finalized, and executed by Plaintiff.

3. The Parties are in the process of completing the terms of the agreement and request a deadline extension until **March 11, 2021** to file the stipulation of dismissal of LNRS with prejudice.

DATED: February 12, 2021.

| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Gary E. Schnitzer, Esq, SBN 395<br>8985 S. Eastern Ave., Suite 200<br>Las Vegas, NV 89123<br>Email: gschnitzer@ksjattorneys.com<br><br>*Counsel for Defendant*<br>*LexisNexis Risk Solutions Inc.* |
| **KRIEGER LAW GROUP, LLC**<br>David Krieger, Esq., SBN 9086<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, Nevada 89052<br>Email: dkrieger@kriegerlawgroup.com<br><br>*Counsel for Plaintiffs* | |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 2-16-2021