Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL E. LOVE; and PAMELA LOVE,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendant. | Case No. 2:20-cv-00734-JAD-VCF<br><br>**ORDER DISMISSING ACTION**<br><br><br>Complaint filed: April 23, 2020<br><br>ECF No. 30 |

PLEASE TAKE NOTICE that Plaintiffs Daniel E. Love and Pamela Love ("Plaintiffs") and Defendant LexisNexis Risk Solutions Inc. ("LNRS") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii).

Plaintiffs hereby stipulate that all of their claims and causes of action against LNRS, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice,

without costs or fees to any party. There are no longer any issues in this matter between Plaintiffs and LNRS to be determined by the Court, and LNRS is the only remaining defendant.

**IT IS SO STIPULATED.**
DATED: March 10, 2021.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
| /s/ *Miles N. Clark* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796 | Gary E. Schnitzer, Esq., SBN 395 |
| Miles N. Clark, Esq., SBN 13848 | 8985 S. Eastern Ave., Suite 200 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89123 |
| Las Vegas, NV 89148 | Email: gschnitzer@ksjattorneys.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant*<br>*LexisNexis Risk Solutions Inc.* |

**KRIEGER LAW GROUP, LLC**
David Krieger, Esq., SBN 9086
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiffs*

## ORDER GRANTING STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS INC., WITH PREJUDICE

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, and because LexisNexis Risk Solutions Inc. is the last-remaining defendant in this action, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 11, 2021

*Love et al v. LexisNexis Risk Solutions et al*
*Case No. 2:20-cv-00734-JAD-VCF*

4828-1916-2061.1 107811.1001